**Frank Klander, appellee, v. S. A. Cohn, appellant. Gen. No. 31,108.**
Action for personal injuries from automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. O'Connor, J., dissents. Opinion filed March 2, 1927.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Lynn & Korn, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**C. A. Otis et al., trading as C. A. Otis & Company, plaintiffs in error, v. Charles T. Knapp, defendant in error. Gen. No. 31,140.**
Action to recover sum due on stock subscription. Judgment for defendant on directed verdict. Error to the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and cause remanded. Opinion filed March 2, 1927.

Lloyd S. Bailey, for plaintiffs in error. Chester D. Kern, for defendant in error; Ernest Saunders, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Gertrude Reiter, plaintiff in error, v. Harold J. Reiter, defendant in error. Gen. No. 31,156.**
Bill for separate maintenance and for writs of *ne exeat* and injunction. Dismissed for want of jurisdiction. Error to the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and cause remanded. Opinion filed March 2, 1927.

Hoover & Cody and Wm. S. McNamara, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**The Northern Trust Company, executor of the last will and testament of George Lill, deceased, appellee, v. William S. Pace et al., Sandfrid Harnstrom, appellant. Gen. No. 31,163.**
Bill to foreclose real estate mortgages. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the February term, 1926. Affirmed. Opinion filed March 2, 1927.

Edwin L. Waugh and Paul W. Schroeder, for appellant. Charles E. Heckler, for appellee. Frederick Kull, for Charlotte L. Pace and William S. Pace, defendants.

Mr. Justice Thomson delivered the opinion of the court.